FILED
IN OPEN COURT

DEC - 2 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:08CR483 |
| | ) | |
| DANIEL ORJINTA, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about September 2007 through in or about September 2008, in the Eastern

District and elsewhere, defendant, DANIEL ORJINTA ("Defendant") conspired with others not

named in this Information to commit an offense against the United States, namely to execute and

attempt to execute a scheme and artifice to obtain funds under the control of financial institutions

by means of false or fraudulent pretenses.

(All in violation of Title 18 United States Code, Section 1349).

Dana J. Boente
Acting United States Attorney

By: _____

John Eisinger
Assistant United States Attorney

Tyler G. Newby
Special Assistant U.S. Attorney
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700
Fax: 703-299-3981